HENRY HAINES, APPELLEE, V. DANIEL L. BELLINGER, IM-
PLEADED WITH WILLIAM H. GRASSMEYER, APPELLANT.

FILED MARCH 5, 1902.   No. 11,391.

Confirmation: APPEAL.

APPEAL from the district court for Buffalo county.
Heard below before SULLIVAN, J.  *Affirmed.*

*B. O. Hostetler,* for appellant.

*William Gaslin, contra.*

PER CURIAM.

Defendants, being the owners of the fee, appeal from an
order of confirmation of sale entered in proceedings
brought for the purpose of foreclosing a real estate mort-
gage.  The questions presented for consideration by the ap-
peal have in the main been passed upon and disposed of in
the case of *Iowa Loan & Trust Co. v. Estate of Devall,* 63
Nebr., 826.  Objection is made to the sufficiency of the affi-
davit of publication of the notice of sale.  The objection is
not well taken.  The affidavit, as well as the sheriff's return,
is sufficient evidence of publication of the notice as re-
quired by section 497 of the Code of Civil Procedure.  *Ne-
braska Land, Stock-Growing & Investment Co. v. McKin-
ley-Lanning Loan & Trust Co.,* 52 Nebr., 410.   Objection
is also made because in making the appraisement of the
land, the same being a quarter section, the appraisers val-
ued the entire tract, without taking into account a rail-
road right of way across the land and one acre deeded for
church purposes.  Conceding such to be the case, the ap-
pellants are in nowise prejudiced, and none others are
complaining.  On the authority of the cases cited, and for
the reasons stated, the order appealed from should be, and
accordingly is,

AFFIRMED.